IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ g___ D.C.

00 SEP 29 AM 9:29

CINDY P. GLISSON

                      Plaintiff,

v.

                      Case No. 1-00-1331
                                1231

MARK I MOLDED PLASTICS OF TENNESSEE,
DURA OPERATING CORPORATION,
NYLONCRAFT, INCORPORATED, EXCEL
INDUSTRIES, INCORPORATED,
MANAR, INCORPORATED

                      Defendants.

### ORDER

Considering the Motion for Extension of Time filed by Defendant Manar, Incorporated, through counsel of record:

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant, Manar, Incorporated, is hereby granted an extension of time until and including October 16, 2000, in which to file a responsive pleading in the above referenced matter.

This the 28th day of September, 2000.

                                                      United States District Court Judge

369239.1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 9/29/00

16

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:00-CV-01231 was distributed by fax, mail, or direct printing on September 29, 2000 to the parties listed.

---

Helen Sfikas Rogers
LAW OFFICE OF HELEN S. ROGERS
2205 State St.
Nashville, TN 37203

Ben Boston
BOSTON HOLT & SOCKWELL
P. O. Box 357
235 Waterloo St.
Lawrenceburg, TN 38464

Christopher V. Sockwell
BOSTON HOLT & SOCKWELL
P. O. Box 357
235 Waterloo St.
Lawrenceburg, TN 38464

Honorable James Todd
US DISTRICT COURT