UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Eastern Division
Office of the Clerk

Robert R. Di Trolio, Clerk
242 Federal Building
167 N. Main Street
Memphis, Tennessee 38103
(901) 495-1200

Deputy-in-Charge
U.S. Courthouse, Room 262
111 South Highland Avenue
Jackson, Tennessee 38301
(901) 421-9200

# NOTICE OF SETTING
Before Judge J. Daniel Breen, United States Magistrate Judge

October 6, 2000

RE:   1:00cv1231
      GLISSON v MARK I MOLDED PLASTICS OF TENNESSEE etal

Dear Sir/Madam:

A **SCHEDULING CONFERENCE** pursuant to Rule 16(b) of the Federal Rules of Civil Procedure has been **SET** before **Judge J. Daniel Breen** on **FRIDAY, NOVEMBER 3, 2000 at 4:00 P.M. in Room 345, 3rd floor of the U. S. Courthouse, Jackson, Tennessee. Please see attached Instructions.**

If you have any questions, please contact the case manager at the number provided below.

Sincerely,

ROBERT R. DI TROLIO, CLERK

BY:   *Barbara Hearn*
      Barbara Hearn, Case Manager
      901-421-9207

Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CINDY P. GLISSON, | ] |
| Plaintiff, | ] |
| v | ] Civil Action No. 00-1231 |
| MARK I MOLDED PLASTICS OF TENNESSEE etal, | ] |
| Defendants, | ] |

NOTICE OF SCHEDULING CONFERENCE

A scheduling conference pursuant to Rule 16(b) of the Federal Rules of Civil Procedure will be held before the undersigned on the **3rd** day of **NOVEMBER, 2000** at **4:00 p.m.** Rm 345, U. S. Courthouse, 111 S. Highland, Jackson, TN. Outof-town attorneys for a party may participate by telephone, however, counsel must advise the court's secretary in advance that they will be attending by telephone and any conference call for the scheduling conference must be initiated by the office of counsel who is not personally appearing.

Counsel are advised that the early disclosure requirements of Rule 26(a)(1) and (2), Fed.R.Civ.P., will be enforced. Therefore, counsel shall in accordance with Rule 26 exchange the following information without formal discovery requests:

(1) Identities of individuals likely to have knowledge of

discoverable facts;

(2) Documents and things in possession of counsel or the party, or description thereof;

(3) Identities of experts and their opinions;

(4) Insurance agreements in force; and,

(5) Statement of the basis for any damages claimed.

At least fourteen days prior to the conference scheduled hearing, counsel shall personally meet and confer pursuant to Rule 26(f), Fed.R.Civ.P., and shall submit a discovery plan to the undersigned not later than 48 hours prior to the conference with the court. The discovery plan may include a summary of the status of settlement negotiations. Counsel may refer to Form 35, Appendix of Forms to the Federal Rules of Civil Procedure, as amended, December 1, 1993, which can be used as a checklist of items to be discussed at the Rule 26(f) meeting. This case has been set for **JURY TRIAL** on **MONDAY, OCTOBER 29, 2001** and a proposed pretrial order due by **FRIDAY, OCTOBER 19, 2001**.

Counsel are further advised, that absent agreement of the parties, no formal discovery demand may issue pending the meeting under Rule 26(f). Unless the parties stipulate otherwise, a limitation will be placed on the number of interrogatories (30) and depositions (10) which each party may seek.

At the conference with the court, all parties who are not appearing pro-se shall be represented by counsel who shall have full authority to bind their clients in all pre-trial matters.

Failure to appear at the Rule 16(b) Scheduling Conference, or to comply with the directions of the court set forth herein, may result in an <u>ex</u> <u>parte</u> hearing being held and the entry of such order as is just, including a judgment of dismissal with prejudice, or entry of a default judgment, or other appropriate sanctions, without further notice to the party failing to appear.

An order will be entered reflecting the results of the scheduling conference, said order to include deadlines for filing motions, deadlines for discovery, and the establishment of pretrial conference and trial dates.

s/ J. Daniel Breen<br>
J. Daniel Breen<br>
United States Magistrate Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 1:00-CV-01231 was distributed by fax, mail, or direct printing on October 6, 2000 to the parties listed.

---

Helen Sfikas Rogers
LAW OFFICE OF HELEN S. ROGERS
2205 State St.
Nashville, TN 37203

Ben Boston
BOSTON HOLT & SOCKWELL
P. O. Box 357
235 Waterloo St.
Lawrenceburg, TN 38464

Christopher V. Sockwell
BOSTON HOLT & SOCKWELL
P. O. Box 357
235 Waterloo St.
Lawrenceburg, TN 38464

Honorable James Todd
US DISTRICT COURT