IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.
00 DEC 22 AM 8: ͟

| | |
|---|---|
| CINDY P. GLISSON ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| VS. ) | CASE NO. 1-00-1231 |
| ) | |
| MARK I MOLDED PLASTICS ) | JUDGE TODD |
| OF TENNESSEE, ) | |
| DURA OPERATING CORPORATION, ) | MAGISTRATE BREEN |
| NYLON CRAFT, INCORPORATED, ) | |
| EXCEL INDUSTRIES, INCORPORATED, ) | |
| MANAR, INCORPORATED, ) | |
| ) | |
| DEFENDANTS ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

As evidenced by the signatures below of the attorneys representing the respective parties, this matter shall be dismissed with prejudice. The parties further stipulate and agree the plaintiff has signed an all encompassing Settlement Agreement and General Release which is fully valid and binding.

IT IS SO ORDERED.
ENTER this 21st day of December, 2000.

_____
James D. Todd
JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __12/22/00__

23

APPROVED FOR ENTRY:

_____
BEN BOSTON, #11800
BOSTON, HOLT & SOCKWELL, PLLC
ATTORNEY FOR DEFENDANTS
235 WATERLOO STREET
P. O. BOX 357
LAWRENCEBURG, TN 38464
PHONE (931)-762-7167

_____
HELEN S. ROGERS, #7025
ATTORNEY FOR CINDY GLISSON
2205 STATE STREET
NASHVILLE, TN 37203
PHONE (615)-320-0600

_____
MITCHELL A. TYNER, #7030
ATTORNEY FOR CINDY GLISSON
12501 OLD COLUMBIA PIKE
SILVER SPRING, MD 20904
PHONE (301)-680-6321

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 1:00-CV-01231 was distributed by fax, mail, or direct printing on December 22, 2000 to the parties listed.

Helen Sfikas Rogers
LAW OFFICE OF HELEN S. ROGERS
2205 State St.
Nashville, TN 37203

Ben Boston
BOSTON HOLT & SOCKWELL
P. O. Box 357
235 Waterloo St.
Lawrenceburg, TN 38464

Christopher V. Sockwell
BOSTON HOLT & SOCKWELL
P. O. Box 357
235 Waterloo St.
Lawrenceburg, TN 38464

Honorable James Todd
US DISTRICT COURT